# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty-six.

Before:      Joseph F. Bianco,
            *Circuit Judge.*

_____

Jane Doe, Esq.,

      Plaintiff - Appellant,

  v.

The Legal Aid Society,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 26-1121

Appellant moves for leave to file a motion under seal, for admission pro hac vice, to proceed pseudonymously, to proceed as anonymous counsel, and for leave to file via email.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

